**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lela K. Neff, | CIV 12-2122-PHX-MHB |
| Plaintiff, | **ORDER** |
| vs. | |
| Carolyn W. Colvin, Commissioner of the Social Security Administration, | |
| Defendant. | |

On April 29, 2014, Plaintiff filed a Notice of Appeal and attached an Application to Proceed *in forma pauperis* in District Court (Doc. 30). The Court assumes that Plaintiff seeks IFP status on appeal. The Court will deny Plaintiff's IFP application without prejudice for submitting the improper form and failure to comply with Rule 24(a)(1) of the Federal Rules of Appellate Procedure.

Accordingly,

**IT IS ORDERED** that Plaintiff's Application to Proceed *in forma pauperis* in District Court (Doc. 30) is **DENIED** without prejudice.

DATED this 5th day of May, 2014.

*/s/ Michelle H. Burns*
Michelle H. Burns
United States Magistrate Judge