**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lela K. Neff, | CIV 12-2122-PHX-MHB |
| Plaintiff, | **ORDER** |
| vs. | |
| Carolyn W. Colvin, Commissioner of the Social Security Administration, | |
| Defendant. | |

Pending before the Court is Plaintiff's motion for leave to proceed *in forma pauperis* on appeal (Doc. 35).  Rule 24(a)(1) of the Federal Rules of Appellate Procedure requires a party seeking to proceed *in forma pauperis* on appeal to file a motion in district court, attaching an affidavit that: "(A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs; (B) claims an entitlement to redress; and (C) states the issues that the party intends to present on appeal." Plaintiff has complied with these requirements.  The Court finds that Plaintiff has made a sufficient showing that she cannot pay the fees and costs of her appeal.  Accordingly,

**IT IS ORDERED** granting Plaintiff's motion for leave to proceed *in forma pauperis* on appeal (Doc. 35).

DATED this 19th day of May, 2014.

Michelle H. Burns
United States Magistrate Judge